**No. 46181.**—Protests 13384–K, etc., of Robert E. Miller, Inc. (Philadelphia).

Opinion by CLINE, J.   In view of Abstract 45762 and the agreement of counsel that the ginger is not composed in chief value of manufactured sugar it was held not dutiable under the Sugar Act of 1937 as claimed.

**No. 46182.**—Protests 36169–K, etc., of Braun Importing Co. et al. (New York).

Opinion by CLINE, J.   In view of Abstract 45762 and the agreement of counsel that the ginger is not composed in chief value of manufactured sugar it was held not dutiable under the Sugar Act of 1937 as claimed.

**No. 46183.**—Protests 37710–K, etc., of B. R. Anderson & Co. (Seattle).

Opinion by CLINE, J.   In view of Abstract 45762 and the agreement of counsel that the ginger is not composed in chief value of manufactured sugar it was held not dutiable under the Sugar Act of 1937 as claimed.

**No. 46184.**—Protests 975155–G, etc., of T. M. Duche & Sons et al. (New York).

Opinion by CLINE, J.   In view of Abstract 45762 and the agreement of counsel that the ginger is not composed in chief value of manufactured sugar it was held not dutiable under the Sugar Act of 1937 as claimed.

**No. 46185.**—Protest 787954–G/10424 of H. Grabenheimer & Sons, Inc. (New Orleans).

Opinion by CLINE, J.   An exhibit was received in evidence over objection of Government counsel.   On the record presented there was nothing to cause the court to depart from its original decision and that decision is therefore adhered to.

**No. 46186.**—Protest 782714–G of Renkin & Yates Smith Corp. (New York).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of celery sandwiches and piquant sandwiches the same in in all material respects as those the subject of *Renken* v. *United States* (1 Cust. Ct. 309, C. D. 73) the claim at 20 percent under paragraph 1558 was sustained.